# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2011

Robert P. Young, Jr.,
Chief Justice

142234

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142234
COA: 293285
Macomb CC: 2009-000434-FC

MAURICE ANTHONY RICHARDS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the circuit judge's instruction to the jury permitting jurors to discuss the evidence among themselves in the jury room during trial recesses violated the defendant's right to an impartial jury and a fair trial. See Administrative Order 2008-2 and proposed MCR 2.513(K).

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2011

_____
Clerk

p0511